IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AMANDA HAYS, Individually and on
Behalf of All Others Similarly Situated                                    PLAINTIFFS

vs.                                    Case No. 15-cv-6065

FRENCH QUARTER PARTNERS, LLC,
Individually and d/b/a FRENCH QUARTER;
DALE KLOSS a/k/a DUKE KLOSS,
Individually and d/b/a FRENCH QUARTER                                    DEFENDANTS

## JUDGMENT

Before the Court is Plaintiff Amanda Hays' Unopposed Motion for Entry of Judgment. (ECF No. 35). The Court has been informed that the Plaintiff has accepted an offer of judgment from Defendants pursuant to Rule 68 of the Federal Rules of Civil Procedure. (ECF No. 23). Accordingly, the Court finds that the motion should be and hereby is **GRANTED**. The Court hereby enters judgment in favor of Plaintiff Amanda Hays and against Defendants French Quarter Partners, LLC, and Dale Kloss, jointly and severally, in the amount of $16,940.00. Plaintiff's Motions to Certify Class (ECF Nos. 16 & 18) are **DENIED as moot**, and Defendants' Motion to Dismiss (ECF No. 24) is **DENIED at moot**. Because Amanda Hays is the only plaintiff presently before the Court, no controversy remains in this case.[1]

**IT IS SO ORDERED**, this 28th day of June, 2016.

    /s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] On November 17, 2015, Plaintiff moved for leave to amend her Complaint to add a second Plaintiff. (ECF No. 22). On April 21, 2016, Plaintiff requested leave to withdraw her motion for leave to amend her Complaint (ECF No. 34), and the Court granted the request to withdraw the motion on April 28, 2016.