IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**AMANDA HAYS, Individually and on**                **PLAINTIFFS**
**Behalf of All Others Similarly Situated**

vs.                No. 6:15-cv-6065-SOH

**FRENCH QUARTER PARTNERS, LLC,**                **DEFENDANTS**
**Individually and d/b/a FRENCH QUARTER;**
**DALE KLOSS a/k/a DUKE KLOSS,**
**Individually and d/b/a FRENCH QUARTER**

## SATISFACTION OF JUDGMENT

Judgment was entered in favor of Plaintiff Amanda Hays by this Court on November 1, 2016, in the amount of $13,033.50, for her attorney's fees and costs.

Defendants French Quarter Partners, LLC, Individually and d/b/a French Quarter, and Dale Kloss a/k/a Duke Kloss, Individually and d/b/a French Quarter have fully satisfied the judgment in favor of Plaintiff, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

Dated: January 9, 2017

Respectfully submitted,

**AMANDA HAYS, PLAINTIFF**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By:  /s/ Josh Sanford
   Josh Sanford
   Ark. Bar No. 2001037
   josh@sanfordlawfirm.com

### CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that on the 9th day of January, 2017, a true and correct copy of the foregoing was filed via the CM/ECF system and that the attorneys named below have consented to the electronic distribution of pleadings by the CM/ECF system:

Tim Cullen, Esq.
Cullen and Co.
Post Office Box 3255
Little Rock, Arkansas 72703
501-370-4800 Telephone
501-370-9198 Facsimile
tim@cullenandcompany.com

   /s/ Josh Sanford
   **Josh Sanford**